FILED BY YR D.C.

Aug 14, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 0860 4:16CR00124-02 BRW |
| DOCKET NUMBER (Rec. Court) | 20-TP-20049-MOORE |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jeniffer Valerino Nunez | Eastern District of Arkansas | CENTRAL |
| | NAME OF SENTENCING JUDGE | |
| | Billy Roy Wilson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM September 24, 2019 — TO September 23, 2022 |

**OFFENSE**

Conspiracy to Commit Wire Fraud, a Class C Felony

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Mar 03, 2021
JAMES W. McCORMACK, CLERK
By: Forrest Dunn D.C.
DEP CLERK

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF ARKANSAS**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Southern District of Florida** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

07-29-2020
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/3/2020
Effective Date

_____
United States District Judge

INTERP

# U.S. District Court
## Eastern District of Arkansas (Central Division)
## CRIMINAL DOCKET FOR CASE #: 4:16-cr-00124-BRW-2
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Caballero et al | Date Filed: 06/08/2016 |
| Magistrate judge case number: 4:16-mj-00077-JTR | Date Terminated: 10/28/2018 |

Assigned to: Judge Billy Roy Wilson

**Defendant (2)**

| | |
|---|---|
| **Jeniffer Valerino Nunez**<br>*TERMINATED: 10/28/2018* | represented by **Sonia Fonticiella**<br>Federal Public Defenders Office<br>The Victory Building<br>1401 West Capitol Avenue<br>Suite 490<br>Little Rock, AR 72201<br>501-324-6113<br>Email: sonia_fonticiella@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1349 and 18:3237 Conspiracy to Commit Wire Fraud<br>(1s) | The defendant is sentenced to the Bureau of Prisons for 47 months. Supervised Release for 3 years. $100 Special Assessment. Restitution: $2,216,044.78. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1349 and 18:3237 Conspiracy to Commit Wire Fraud<br>(1) | Dismissed. |
| 18:1343 Wire Fraud<br>(2-22) | Dismissed. |
| 18:1343 Wire Fraud<br>(2s-22s) | Dismissed on the Government's motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| CMP 18:1343.F, 18:1349.F | |

**Plaintiff**

| | | |
| --- | --- | --- |
| **USA** | represented by | **Hunter Bridges**<br>U. S. Attorney's Office<br>Eastern District of Arkansas<br>Post Office Box 1229<br>Little Rock, AR 72203-1229<br>501-340-2620<br>Email: hunter.bridges@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Jana K. Harris**<br>U. S. Attorney's Office<br>Eastern District of Arkansas<br>Post Office Box 1229<br>Little Rock, AR 72203-1229<br>501-340-2600<br>Email: jana.harris@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/10/2016 | 1 | MOTION to Seal Complaint and Arrest Warrant by USA as to Jeniffer Valerino Nunez and Dennis Delgado Caballero. (smj) [4:16-mj-00077-JTR] (Entered: 05/11/2016) |
| 05/10/2016 | 2 | ORDER granting 1 Motion to Seal as to Jeniffer Valerino Nunez (1) and Dennis Delgado Caballero (2). Signed by Magistrate Judge J. Thomas Ray on 5/10/2016. (smj) [4:16-mj-00077-JTR] (Entered: 05/11/2016) |
| 05/10/2016 | 3 | COMPLAINT as to Jeniffer Valerino Nunez (1) and Dennis Delgado Caballero (2). (smj) (fcd). (Image file removed on 6/1/2016.)(thd) [4:16-mj-00077-JTR] (Entered: 05/11/2016) |
| 05/23/2016 | | Arrest of Jeniffer Valerino Nunez in Southern District of Florida. (smj) [4:16-mj-00077-JTR] (Entered: 05/31/2016) |

| | | |
|---|---|---|
| 05/31/2016 | | Case unsealed as to Jeniffer Valerino Nunez and Dennis Delgado Caballero. (fcd) [4:16-mj-00077-JTR] (Entered: 05/31/2016) |
| 05/31/2016 | 4 | Rule 5(c)(3) Documents Received from Southern District of Florida as to Jeniffer Valerino Nunez. (smj) [4:16-mj-00077-JTR] (Entered: 05/31/2016) |
| 05/31/2016 | 5 | WAIVER of Rule 5 and 5.1 Hearings received from Southern District of Florida as to Jeniffer Valerino Nunez. (smj) [4:16-mj-00077-JTR] (Entered: 05/31/2016) |
| 06/08/2016 | 8 | INDICTMENT as to Dennis Delgado Caballero and Jeniffer Valerino Nunez for counts 1, 2-22. (fcd) (Entered: 06/10/2016) |
| 06/13/2016 | 9 | ORDER OF RECUSAL in case as to Jeniffer Valerino Nunez, Dennis Delgado Caballero. Signed by Judge D. P. Marshall Jr. on 6/13/2016. (cby) (Entered: 06/13/2016) |
| 06/13/2016 | 10 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) NOTICE OF REASSIGNMENT. Based on 9 Order, the Clerk's office has reassigned the case to Judge James M. Moody Jr. on 6/13/2016. (scw) (Entered: 06/13/2016) |
| 06/21/2016 | 12 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Jeniffer Valerino Nunez. Intepreter Shannon Tanner scheduled for Plea and Arraignment set for 06/22/2016 before Judge Magistrate Judge Beth Deere. (plm) (Entered: 06/21/2016) |
| 06/22/2016 | 14 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Jeniffer Valerino Nunez. Intepreter Emilia D'Auteuil scheduled for Plea and Arraignment set for June 22, 2016 before Judge Magistrate Judge Beth Deere. (plm) (Entered: 06/22/2016) |
| 06/22/2016 | 16 | CJA 23 Financial Affidavit (sealed) by Jeniffer Valerino Nunez (cby) (Entered: 06/22/2016) |
| 06/22/2016 | 21 | Minute Entry for proceedings held before Magistrate Judge Beth Deere: Initial Appearance, Plea & Arraignment as to Jeniffer Valerino Nunez for counts 1,2-22 held on 6/22/2016. Not Guilty Plea entered by Defendant. CJA Sonia Rios, AUSA Hunter Bridges, ECRO Suzy Flippen. (cby) (Entered: 06/22/2016) |
| 06/22/2016 | 22 | ORDER APPOINTING INTERPRETER as to Jeniffer Valerino Nunez. Signed by Magistrate Judge Beth Deere on 6/22/2016. (cby) (Entered: 06/22/2016) |
| 06/22/2016 | 23 | NOTICE OF HEARING as to Jeniffer Valerino Nunez. Jury Trial set for 7/25/2016 at 9:15 AM in Little Rock Courtroom # 4A before Judge James M. Moody Jr. (cby) (Entered: 06/22/2016) |
| 06/22/2016 | 24 | ORDER APPOINTING CJA ATTORNEY Sonia Fonticiella Rios for Jeniffer Valerino Nunez. Signed by Magistrate Judge Beth Deere on 6/22/2016. (fcd) (Entered: 06/22/2016) |

| | | |
|---|---|---|
| 06/22/2016 | 25 | ORDER OF DETENTION as to Jeniffer Valerino Nunez. Signed by Magistrate Judge Beth Deere on 6/22/2016. (fcd) (Entered: 06/22/2016) |
| 06/23/2016 | 28 | Arrest Warrant Returned Executed on 6/9/2016 as to Jeniffer Valerino Nunez. (scw) (Entered: 06/23/2016) |
| 07/06/2016 | 29 | PRETRIAL DISCOVERY ORDER in case as to Dennis Delgado Caballero (1) and Jeniffer Valerino Nunez (2). Signed by Judge James M. Moody Jr. on 7/6/2016. (kog) (Entered: 07/06/2016) |
| 07/15/2016 | 31 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 1/23/2017 at 9:15 AM in Little Rock Courtroom # 4A as to Dennis Delgado Caballero & Jeniffer Valerino Nunez. Signed by Judge James M. Moody Jr. on 7/15/2016. (cby) (Entered: 07/15/2016) |
| 01/03/2017 | 32 | MOTION to Continue by Jeniffer Valerino Nunez (Rios, Sonia) (Entered: 01/03/2017) |
| 01/09/2017 | 33 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 7/31/2017 at 9:15 AM in Little Rock Courtroom # 4A as to Jeniffer Valerino Nunez, Dennis Delgado Caballero. Signed by Judge James M. Moody Jr. on 1/9/2017. (cby) (Entered: 01/09/2017) |
| 04/04/2017 | | Judge update in case as to Jeniffer Valerino Nunez, Dennis Delgado Caballero. Judge Billy Roy Wilson added and Judge James M. Moody Jr. is no longer assigned to case. (cby) (Entered: 04/05/2017) |
| 04/04/2017 | 35 | MOTION to Seal Superseding Indictment as to all defendants (cby) (Entered: 04/06/2017) |
| 04/04/2017 | 36 | ORDER granting 35 Motion to Seal Superseding Indictment as to all Defendants. Signed by Magistrate Judge Beth Deere on 4/4/2017. (cby) (kbc). (Entered: 04/06/2017) |
| 04/04/2017 | 37 | SUPERSEDING INDICTMENT as to all Defendants. (cby) (kbc) (Entered: 04/06/2017) |
| 04/05/2017 | 34 | NOTICE OF HEARING as to Jeniffer Valerino Nunez and Dennis Delgado Caballero. Jury Trial reset for 8/1/2017 at 9:30 AM before Judge Billy Roy Wilson. (mmb) (Entered: 04/05/2017) |
| 04/19/2017 | 38 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Jeniffer Valerino Nunez. (cby) (Entered: 04/20/2017) |
| 04/19/2017 | 39 | ORDER Approving 38 Waiver of Presence at Arraignment filed by Jeniffer Valerino Nunez. Signed by Magistrate Judge Beth Deere on 4/19/2017. (cby) (Entered: 04/20/2017) |
| 04/21/2017 | 41 | MOTION to provide redacted copies as to all defendants. (cby) (cby). (Entered: 04/21/2017) |
| 04/21/2017 | 42 | ORDER granting 41 MOTION to provide redacted copies as to all defendants. Signed by Magistrate Judge Beth Deere on 4/21/2017. (cby) (cby). (Entered: 04/21/2017) |
| | | |

| 04/26/2017 | 44 | MOTION to unseal superseding indictment. (fcd) (cby). (Entered: 04/26/2017) |
|---|---|---|
| 04/26/2017 | 45 | ORDER granting 44 Motion to Unseal 37 Superseding Indictment as to all Defendants. Signed by Magistrate Judge Beth Deere on 4/26/2017. (kbc) (Entered: 04/27/2017) |
| 06/12/2017 | 90 | ORDER TO CONTINUE JURY TRIAL - Ends of Justice as to Jeniffer Valerino Nunez, Alfredo Echevarria Rios and Elio Carballo Cruz. Jury Trial is reset for 2/27/2018 at 9:30 AM before Judge Billy Roy Wilson. Signed by Judge Billy Roy Wilson on 6/12/17. (mmb) (Entered: 06/12/2017) |
| 07/07/2017 | 125 | ORDER TO CONTINUE JURY TRIAL - Ends of Justice as to Jeniffer Valerino Nunez, Yosvany Padilla, Esequiel Bravo Diaz, Angel Chapotin Carrillo, Alfredo Echevarria Rios and Elio Carballo Cruz. Jury Trial is reset for 3/27/2018 at 9:30 AM before Judge Billy Roy Wilson. Signed by Judge Billy Roy Wilson on 7/7/17. (mmb) (Entered: 07/07/2017) |
| 07/11/2017 | 126 | NOTICE OF HEARING as to Jeniffer Valerino Nunez. Change of Plea Hearing set for 7/21/2017 at 2:00 PM in Little Rock Courtroom # 389 before Judge Billy Roy Wilson. (mmb) (Entered: 07/11/2017) |
| 07/12/2017 | 127 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Jeniffer Valerino Nunez. Interpreter Sandra Theodore scheduled for a Change of Plea set for 07/21/2017 before Judge Billy Roy Wilson. (plm) (Entered: 07/12/2017) |
| 07/21/2017 | 129 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Judge Billy Roy Wilson: In Camera Hearing as to Jeniffer Valerino Nunez held on 7/21/2017. (Court Reporter Margie Kruse.) (mmb) (Entered: 07/21/2017) |
| 07/21/2017 | 130 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Judge Billy Roy Wilson: Change of Plea Hearing as to Jeniffer Valerino Nunez held on 7/21/2017. A Guilty plea as to Count 1s was entered. Count 1,2-22,2s-22s were dismissed on the Government's motion. The Court marks the Plea Agreement as Ex. A and the Addendum as Ex. A-1 under seal. Sentencing is set for Thursday, October 26, 2017 at 10:30 a.m. Defendant is remanded to the custody of the USMS. AUSA: Hunter Bridges; Dft: Sonia Rios; Interpreter: Nicolas Durand. (Court Reporter Margie Kruse.) (mmb) (Entered: 07/21/2017) |
| 07/21/2017 | 131 | PLEA AGREEMENT as to Jeniffer Valerino Nunez. (mmb) (Entered: 07/21/2017) |
| 07/21/2017 | 132 | PLEA AGREEMENT ADDENDUM (under seal) re 131 Plea Agreement. (mmb) (Entered: 07/21/2017) |
| 07/21/2017 | 133 | NOTICE OF HEARING as to Jeniffer Valerino Nunez. Sentencing set for 10/26/2017 at 10:30 AM in Little Rock Courtroom # 389 before Judge Billy Roy Wilson. (mmb) (Entered: 07/21/2017) |

| | | |
|---|---|---|
| 09/11/2017 | 155 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Jeniffer Valerino Nunez. Interpreter Liz Yates scheduled for a Sentencing set for 10/26/2017 before Judge Billy Roy Wilson. (plm) (Entered: 09/11/2017) |
| 10/16/2017 | 158 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER CANCELLING the Sentencing hearing as to Jeniffer Valerino Nunez set for 10/26/2017. The hearing set for 10/26/2017 is cancelled and will be reset for a later date. Signed by Judge Billy Roy Wilson on 10/16/17. (mmb) (Entered: 10/16/2017) |
| 10/26/2017 | 159 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CANCELED as to Jeniffer Valerino Nunez. Intepreter Liz Yates canceled for the Sentencing set for 10/26/2017 before Judge Billy Roy Wilson. (plm) (Entered: 10/26/2017) |
| 09/25/2018 | 225 | NOTICE OF HEARING as to Jeniffer Valerino Nunez. Sentencing set for 10/25/2018 at 10:30 AM in Little Rock Courtroom # 389 before Judge Billy Roy Wilson. (mmb) (Entered: 09/25/2018) |
| 09/25/2018 | 226 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Jeniffer Valerino Nunez. Interpreter Shannon Tanner scheduled for a Sentencing set for 10/25/2018 before Judge Billy Roy Wilson. (plm) (Entered: 09/25/2018) |
| 10/09/2018 | 234 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CANCELED as to Jeniffer Valerino Nunez. Intepreter Shannon Tanner canceled for a Sentencing set for 10/25/2018 before Judge Billy Roy Wilson. (plm) (Entered: 10/09/2018) |
| 10/18/2018 | 243 | SEALED MOTION. (fcd) (Entered: 10/18/2018) |
| 10/23/2018 | 250 | SENTENCING MEMORANDUM by Jeniffer Valerino Nunez (Fonticiella, Sonia) (Entered: 10/23/2018) |
| 10/24/2018 | 251 | SENTENCING MEMORANDUM by Jeniffer Valerino Nunez (Attachments: # 1 Exhibit Letters of Support and Translations)(Fonticiella, Sonia) (Entered: 10/24/2018) |
| 10/25/2018 | 253 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Judge Billy Roy Wilson: Sentencing held on 10/25/2018 for Jeniffer Valerino Nunez (2) as to Count(s) 1s, The defendant is sentenced to the Bureau of Prisons for 47 months. Supervised Release for 3 years. $100 Special Assessment. Restitution: $2,216,044.78. Defendant is remanded to the custody of the USMS. AUSA: Hunter Bridges; Dft: Sonia Fonticiella; USPO: Kristi Rutland; Interpreter: Sandra Theodore. (Court Reporter Margie Kruse.) (mmb) Docket text modified on 10/26/2018 to correct typographical error. (kbc) (Entered: 10/25/2018) |
| 10/28/2018 | 255 | JUDGMENT as to Jeniffer Valerino Nunez (2). Count 1s: The defendant is sentenced to the Bureau of Prisons for 47 months. Supervised Release for 3 years. $100 Special Assessment. Restitution: $2,216,044.78. Signed by |

| | | |
|---|---|---|
| | | Judge Billy Roy Wilson on 10/28/2018. (fcd) (Entered: 10/30/2018) |
| 11/06/2018 | 263 | ORDER AMENDING JUDGMENT as to Jeniffer Valerino Nunez (2). Amended to reflect the defendant's correct USM Number. Signed by Judge Billy Roy Wilson on 11/6/2018. (fcd) (Entered: 11/06/2018) |
| 12/12/2018 | 280 | MOTION to Substitute Attorney by USA as to Jeniffer Valerino Nunez, Dennis Delgado Caballero, Yosvany Padilla, Ricardo Fontanella Caballero, Lazaro Hernandez Fleitas, Esequiel Bravo Diaz, Angel Chapotin Carrillo, Alejandro Valdes, Alfredo Echevarria Rios, Elio Carballo Cruz (Harris, Jana) (Entered: 12/12/2018) |
| 12/12/2018 | 281 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)ORDER granting 280 Motion to Substitute Attorney as to All Defendants. Jana Harris is now counsel of record for the United States. Signed by Judge Billy Roy Wilson on 12/12/18. (mmb) (Entered: 12/12/2018) |
| 12/12/2018 | 282 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER WITHDRAWING SUBSTITUION of COUNSEL as to all defendants. The order is withdrawn as the motion 280 was filed in error. Hunter Bridges will remain counsel for the United States and is no longer terminated. Signed by Judge Billy Roy Wilson on 12/12/18. (mmb) (Entered: 12/12/2018) |
| 12/13/2019 | 334 | ORDER Modifying Conditions of Supervision with Consent of Jeniffer Valerino Nunez. Signed by Judge Billy Roy Wilson on 12/13/2019. (fcd) (Entered: 12/16/2019) |

A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: Forrest Dunn D.C. on **Mar 03, 2021**

For the United States District Court
Eastern District of Arkansas